**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**ELIZABETH T. FITZGERALD**, Deputy City Attorney (SBN 158917)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Email: Elizabeth.fitzgerald@lacity.org
Phone No.: (213) 978-7041, Fax No.: (213) 978-8785

*Attorneys for Defendants* CITY OF LOS ANGELES AND PAUL FEDYNICH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA OKWUOSA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; PAUL FEDYNICH, and DOES 1 THROUGH 25; INCLUSIVE,<br><br>Defendants. | CASE NO. CV10-9452 DMG (Cwx)<br>*Honorable Dolly M. Gee*<br>*Date filed: 12/09/2010*<br><br>**NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSE**<br><br>Trial Date: February 7, 2012<br>Time: 10:00 a.m.<br>Courtroom: 7 |

TO THIS HONORABLE COURT AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

In response to this Court's Minute Order of January 11, 2012, defendants hereby withdraw their affirmative defense of contributory negligence.

///
///
///
///

1

Case 2:10-cv-09452-DMG -CW   Document 47   Filed 01/12/12   Page 2 of 2   Page ID #:503

1  DATED: January 12, 2012

2                             Respectfully submitted,

**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney

By: _____
       ELIZABETH T. FITZGERALD, Deputy City Attorney

*Attorneys for Defendants* **CITY OF LOS ANGELES, and PAUL FEDYNICH**

2