**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA OKWUOSA,<br><br>                                    PLAINTIFF,<br>v.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>                                    DEFENDANTS. | CASE NUMBER<br><br>CV 10-9452-DMG (CWx)<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANTS** |

   This action having been tried before the Court sitting with a jury, the Honorable  Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

   IT IS ORDERED AND ADJUDGED that the plaintiff:

take nothing; that the  action be dismissed on the  merits; and that this Judgment be entered in favor of the defendants.  Defendants are entitled to recover the costs of suit.

                                                              Clerk, U. S. District Court


Dated: February 16, 2012                             By /s/ V. R. Vallery
                                                              Deputy Clerk


At: Los Angeles, California



cc:     Counsel of record